UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00153 |
| ) | CHIEF JUDGE HAYNES |
| MARK FRANKLIN SHANKLE ) | |

UNOPPOSED MOTION TO RETURN DEFENDANT TO STATE CUSTODY
PENDING TRIAL

Through counsel, defendant Mark Franklin Shankle (TOMIS ID 00451721) moves the Court to return him to state custody pending further federal proceedings. Mr. Shankle has been arraigned but the federal trial has not yet been set.

In support of this motion, Mr. Shankle would show the following:

1. Mr. Shankle currently is serving a Tennessee state sentence at the Turney Center in Only, Tennessee. The Tennessee Department of Corrections website reflects that this sentence will expire on July 13, 2016.

2. Mr. Shankle was produced in federal court in this case pursuant to a Writ of Habeas Corpus Ad Prosequendum. (D.E. 5).

3. Mr. Shankle very recently was placed on the list to participate in a culinary arts vocational training program at the Turney Center.

4. Additionally, Mr. Shankle has a four month old daughter. He is able to have regular visits with his daughter at the Turney Center for several hours at a time, and he has been in regular contact with his daughter and her mother. He is not able to have this amount of interaction with his daughter at any of the federal pretrial holding facilities.

5. All of Mr. Shankle's legal paperwork, including his paperwork related to the instant case, is at the Tennessee Department of Corrections.